

# Akin Gump
## STRAUSS HAUER & FELD LLP

**BRIAN T. CARNEY**
+1 212.872.8156/fax: +1 212.872.1002
bcarney@akingump.com

May 12, 2015

VIA ELECTRONIC COURT FILING

The Honorable James L. Cott
500 Pearl Street, Room 1360
United States Courthouse
New York, NY 10007
CottNYSDChambers@nysd.uscourts.gov

    Re:    Caesars Entertainment Corp. v. Pension Plan of the National Retirement Fund, et al., No. 15-cv-00138

Dear Judge Cott:

    We represent Plaintiff Caesars Entertainment Corporation and write to respond to the Court's Order dated May 11, 2015 directing Plaintiff to show cause as to why the Court should not recommend that this case be dismissed for failure to serve. (Dkt No. 4).

    Plaintiff timely served each of the Defendants in this action. Attached hereto as Exhibit A are copies of the affidavits of service for each Defendant. These affidavits of service have been filed on ECF. (Dkt. Nos. 5-7).

    If the Court has any questions, please do not hesitate to contact us.

                           Sincerely,

                           Brian T. Carney

cc (via regular mail):  Ronald E. Richman, Esq. (counsel for Defendants)