Kaplan, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAESARS ENTERTAINMENT CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>PENSION PLAN OF THE NATIONAL RETIREMENT FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE NATIONAL RETIREMENT FUND,<br><br>                    Defendants. | Civil Action No. 15 CV 00138 (LAK) (JLC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/28/15 |

| | |
|---|---|
| THE NATIONAL RETIREMENT FUND and Richard N. RUST, in his capacity as Fund Manager, each of behalf of the Legacy Plan of the National Retirement Fund,<br><br>                    Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION; CAESARS ENTERTAINMENT RESORT PROPERTIES, LLC; and JOHN DOES 1-10 (all other trades or businesses under common control with Caesars Entertainment Corporation and Caesars Entertainment Resort Properties, LLC that have not filed for bankruptcy),<br><br>                    Defendants. | Civil Action No. 15 CV 02048 (LAK) (JLC) |

## JOINT STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINTS IN RELATED CASES

On March 19, 2015, the two above-captioned cases were accepted as related cases. The undersigned counsel hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the parties in *Caesars Entertainment Corporation v. Pension Plan of the National Retirement Fund, et al.*, Civil Action No. 15 CV 00138 (LAK) (JLC), have agreed that the Defendants in that case shall have until June 26, 2015 to answer or otherwise respond to the Complaint in that action, unless the Court orders one or more further extensions. No prior extensions have been requested or granted. The Defendants reserve all defenses, if any.

2. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the parties in *The National Retirement Fund, et al. v. Caesars Entertainment Corporation, et al.*, Civil Action No. 15 CV 02048 (LAK) (JLC), have agreed that the Defendants in that case shall have until June 26, 2015 to answer or otherwise respond to the Complaint in that action, unless the Court orders one or more further extensions. No prior extensions have been requested or granted. The Defendants reserve all defenses, if any.

Respectfully submitted,

| | |
|---|---|
| CAESARS ENTERTAINMENT CORPORATION ("CEC") and CAESARS ENTERTAINMENT RESORT PROPERTIES, LLC ("CERP") | LEGACY PLAN OF THE NATIONAL RETIREMENT FUND (f/k/a The Pension Plan of the National Retirement Fund), BOARD OF TRUSTEES OF THE NATIONAL RETIREMENT FUND, THE NATIONAL RETIREMENT FUND (on behalf of the Legacy Plan of the National Retirement Fund) and RICHARD N. RUST (in his capacity as Fund Manager and on behalf of the Legacy Plan of the National Retirement Fund) (collectively, the "NRF Parties") |

_____
'Steven M. Pesner
Brian T. Carney
Stan Chiueh
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, New York 10036
(212) 872-1070
spesner@akingump.com
bcarney@akingump.com
schiueh@akingump.com

*Attorneys for CEC and CERP*

_____
Ronald E. Richman
Taleah E. Jennings
Frank P. Sabatini
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
Fax: (212) 593-5955
ronald.richman@srz.com
taleah.jennings@srz.com
frank.sabatini@srz.com

*Attorneys for the NRF Parties*

SO ORDERED:

_____
U.S.D.J.

May 28, 2015