IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAESARS ENTERTAINMENT CORPORATION,<br><br>                          Plaintiff,<br><br>          -against-<br><br>PENSION PLAN OF THE NATIONAL RETIREMENT FUND and BOARD OF TRUSTEES OF THE NATIONAL RETIREMENT FUND,<br><br>                          Defendants. | No. 15 Civ. 00138 (LAK) (JLC) |

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Caesars Entertainment Corporation ("CEC"), a publicly-traded corporation, states as follows:

1. CEC does not have a parent corporation and no publicly-held entity (corporate or otherwise) owns 10% or more of CEC's stock.

2. However, the majority of CEC's common stock is controlled by Hamlet Holdings LLC, the members of which are composed of individuals affiliated with each of Apollo Global Management, LLC ("AGM") and TPG Capital, and more than 10% of Caesars' stock is owned by funds managed by AGM or TPG Capital.  Class A shares of AGM are publicly traded on the New York Stock Exchange (NYSE: APO).

1

2

Dated: July 2, 2015
      New York, New York

Respectfully submitted,

/s/ Steven M. Pesner, P.C.
Steven M. Pesner, P.C.
Brian T. Carney
Stan Chiueh
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1070
spesner@akingump.com

*Counsel for the Plaintiff*